# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:15CR217 |
| vs. | ) | ORDER |
| HAMOLEQUET ADI QUIROGA, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jessica P. Douglas to withdraw as counsel for the defendant, Hamolequet Adi Quiroga (Quiroga) (Filing No. 50). For good cause shown, the motion is granted and substitute counsel will be appointed.

Brandie M. Fowler, 209 South 19th Street, #440, Omaha, NE 68102, (402) 933-9886, is appointed to represent Quiroga for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Fowler shall file her appearance in this matter forthwith. The clerk shall provide a copy of this order to Ms. Fowler and to the Federal Public Defender.

Ms. Douglas shall forthwith provide Ms. Fowler with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Douglas which are material to Quiroga's defense.

**IT IS SO ORDERED.**

DATED this 23rd day of December, 2015.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge